UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C. PFEIFFER, et al.,<br><br>　　　　Defendants. | No. 1:21-cv-00423-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 62) |

   Todd Ashker is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On December 16, 2021, the assigned magistrate judge entered findings and recommendations, recommending that this action proceed on Plaintiff's claims against (1) Defendants Kernan, Diaz, Allison, Alfaro, Gipson, Moak, Paris, Prelip, Perez, Pfeiffer, Alafa, Hightower, Ortiz, Stebbins, Hammer, and Speidel for retaliation in violation of the First Amendment; (2) Defendants Kernan, Diaz, Allison, Alfaro, Gipson, Moak, Perez, Paris, Prelip, Pfeiffer, Alafa, Hightower, Ortiz, and Stebbins for violation of the Eighth Amendment for unconstitutional conditions of confinement; and (3) Kernan, Diaz, Allison, Alfaro, Gipson, Moak, Perez, Paris, Prelip, Pfeiffer, Alafa for violation of the Fourteenth Amendment's Due Process Clause. (Doc. No. 62). The magistrate judge recommended that all other claims be

dismissed.

The parties were granted twenty-one days in which to file objections to the findings and recommendations.  (*Id.*)  The period for filing objections has expired, and neither party has filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Accordingly,

1. The findings and recommendations issued on December 16, 2021 (Doc. No. 62), are adopted in full;
2. This case now proceeds on Plaintiff's claims against (1) Defendants Kernan, Diaz, Allison, Alfaro, Gipson, Moak, Paris, Prelip, Perez, Pfeiffer, Alafa, Hightower, Ortiz, Stebbins, Hammer, and Speidel for retaliation in violation of the First Amendment; (2) Defendants Kernan, Diaz, Allison, Alfaro, Gipson, Moak, Perez, Paris, Prelip, Pfeiffer, Alafa, Hightower, Ortiz, and Stebbins for violation of the Eighth Amendment for unconstitutional conditions of confinement; and (3) Kernan, Diaz, Allison, Alfaro, Gipson, Moak, Perez, Paris, Prelip, Pfeiffer, Alafa for violation of the Fourteenth Amendment's Due Process Clause;
3. All other claims are dismissed from this action with prejudice;
5. This case is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **January 12, 2022**

UNITED STATES DISTRICT JUDGE