UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>  Plaintiff,<br><br> v.<br><br>C. PFEIFFER, et al.,<br><br>  Defendants. | Case No. 1:21-cv-00423-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF AN EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 78) |

This matter has been referred for an early settlement conference. (ECF No. 75). On June 21, 2022, Defendants Kernan, Diaz, Allison, Alfaro, Gipson, Moak, Paris, Prelip, Perez, Pfeiffer, Alafa, Hightower, Ortiz, Stebbins, Hammer, and Speidel filed a motion to opt out of the settlement conference.[1] (ECF No. 78). As grounds, the motion states that "Defendants' counsel has investigated Plaintiff's claims, conferred with Plaintiff telephonically, and conferred with his supervisor. Based on his investigation and communication with Plaintiff, Defendants' counsel does not believe that a settlement conference would be fruitful or meaningful at this time." (*Id.* at 2) (internal citations omitted).

The Court will grant Defendants' motion to opt out of an early settlement conference.[2]  A

---

[1] Citing the early settlement conference order, Defendants also ask that the stay of 120 days in this case be lifted. (ECF No. 78, pp. 1-2). However, the Court did not impose any stay in this case; thus, there is no stay to lift.

[2] Pursuant to the order regarding early settlement conference (ECF No. 75), Defendants did not need to file a motion to opt out of the early settlement conference but were instead directed to file a notice if they

1

1  settlement conference may be scheduled at a later date, if appropriate.

2  Accordingly, it is ORDERED that Defendants' motion to opt out of an early settlement
3  conference (ECF No. 78) is GRANTED.

4
5  IT IS SO ORDERED.

6  Dated: **June 22, 2022**                    /s/ Erica P. Grosjean
7                                              UNITED STATES MAGISTRATE JUDGE

---

28  wished to opt out of the conference.