UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00423-ADA-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME FOR DISCOVERY AND PRE-TRIAL DEADLINES<br><br>(ECF No. 96) |

Todd Ashker ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 29, 2022, Defendants filed a motion to extend time for discovery and pre-trial deadlines. (ECF No. 96). Defendants state that the parties and the California Department of Corrections and Rehabilitation ("CDCR") need an additional sixty days to "collect, review, and prepare for production the extensive documents contemplated by" the Court's order requiring the parties to exchange documents. (Id. at 1). According to defense counsel, the Court's order will require the parties to produce hundreds, if not thousands, of documents. (ECF No. 96-1, p. 2). Additionally, "[m]any of these documents will involve potential privilege issues and institutional safety concerns, and thus will require careful review and redactions before they can be produced." (Id.). "CDCR has started collecting responsive documents but cannot complete this process in time to review the materials and prepare them for production by the current deadline." (Id.).

Defendants also ask the Court to extend all other pre-trial deadlines accordingly. (ECF No. 96, pgs. 1-2).

- 1 -

According to Defendants, Plaintiff agrees to this extension. (Id. at 2). Additionally, "[a] decision is also forthcoming in Mr. Ashker's substantially similar retaliation motion pending before in the Northern District, which may potentially narrow the legal issues and streamline discovery in this case." (Id.).

The Court finds good cause to grant Defendants' motion.

Accordingly, IT IS ORDERED that:

1. The deadline for producing and objecting to producing documents, as described in the Court's order requiring parties to exchange documents (ECF No. 91), is February 3, 2023.
2. The deadline for responding to any discovery already served is extended sixty days to February 22, 2023.
3. Defendants' deadline to present any challenge for failure to exhaust administrative remedies is March 7, 2023.
4. The parties have until May 2, 2023, to file motion(s) to compel further discovery responses.
5. Defendants will confer with Plaintiff, and no later than June 20, 2023, shall file a report indicating each party's position on whether a settlement conference would be productive.
6. The deadline for the completion of all non-expert discovery is August 1, 2023.
7. The deadline for filing dispositive motions, including motions for summary judgment (other than dispositive motions based on the defense of failure to exhaust administrative remedies), is September 5, 2023.

\\\
\\\
\\\
\\\
\\\
\\\

8. All unmodified requirements in the Court's October 4, 2022 scheduling order (ECF No. 90) remain in effect.

IT IS SO ORDERED.

Dated: **November 30, 2022**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE