UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>            Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>            Defendants. | Case No. 1:21-cv-00423-ADA-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND TIME FOR DISCOVERY AND PRE-TRIAL DEADLINES<br><br>(ECF No. 98) |

Todd Ashker ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 30, 2022, the Court granted Defendants' motion to extend time for discovery and pre-trial deadlines. (ECF No. 97). On January 27, 2023, Defendants filed a second motion to extend time for discovery and pre-trial deadlines. (ECF No. 98). Specifically, Defendants ask "for a sixty[-]day extension of the existing discovery and pre-trial deadlines…." (Id. at 1). According to Defendants, "the Northern District partially issued its decision in Mr. Ashker's substantially similar retaliation motion, but deferred any decision on remedies and ordered the parties to meet and confer over the next thirty days. The outcome of these meet and confer efforts and the court's full decision may narrow the legal issues and streamline discovery in this case. Additionally, the parties are determining whether to appeal the Northern District order, which would potentially affect the scope and timetable of this case." (Id. at 1-2). Defendants state that Plaintiff agrees to this extension. (Id. at 2).

The Court finds good cause to grant Defendants' motion. Note, however, that the Court is

not inclined to further extend these deadlines.

Accordingly, IT IS ORDERED that:

1. The deadline for producing and objecting to producing documents, as described in the Court's order requiring parties to exchange documents (ECF No. 91), is **April 4, 2023**.
2. The deadline for responding to any discovery already served is extended to **April 24, 2023**.
3. Defendants' deadline to present any challenge for failure to exhaust administrative remedies is **May 8, 2023**.
4. The parties have until **July 5, 2023**, to file motion(s) to compel further discovery responses.
5. Defendants will confer with Plaintiff, and no later than **August 21, 2023**, shall file a report indicating each party's position on whether a settlement conference would be productive.
6. The deadline for the completion of all non-expert discovery is **October 2, 2023**.
7. The deadline for filing dispositive motions, including motions for summary judgment (other than dispositive motions based on the defense of failure to exhaust administrative remedies), is **November 6, 2023**.
8. All unmodified requirements in the Court's October 4, 2022 scheduling order (ECF No. 90) remain in effect.

IT IS SO ORDERED.

Dated:  **January 30, 2023**                  /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE