UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>                    Plaintiff,<br><br>     v.<br><br>C. PFEIFFER, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-00423-ADA-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EXCHANGE DOCUMENTS<br><br>(ECF No. 101) |

Todd Ashker ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 30, 2022, the Court granted Defendants' motion to extend time for discovery and pre-trial deadlines. (ECF No. 97). On January 27, 2023, Defendants filed a second motion to extend time for discovery and pre-trial deadlines. (ECF No. 98). Defendants' motion was granted, and, among other deadlines, the Court extended "[t]he deadline for producing and objecting to producing documents, as described in the Court's order requiring parties to exchange documents (ECF No. 91), [to] **April 4, 2023**." (ECF No. 99, p. 2). The Court also noted that it was "not inclined to further extend these deadlines." (Id. at 1-2).

On April 11, 2023, Plaintiff filed a motion for an extension of time to exchange documents. (ECF No. 101). Plaintiff asks for a fourteen-day extension of this deadline. Plaintiff states that he needs the extension because he has not been able to obtain law library access for the last three

1

weeks, despite having been granted weekly access from February 16, 2023, to April 24, 2023. Plaintiff needs access to the law library so that he can make copies of documents before mailing them to defense counsel. Plaintiff "hopes" to be able to make the necessary copies within the next two weeks.

While the Court previously stated it was not inclined to further extend the deadlines that have been set in this case, Plaintiff is only seeking an extension of one deadline, and he is only seeking a fourteen-day extension. Moreover, Plaintiff has shown good cause for the extension. Therefore, the Court will grant Plaintiff's motion.

Accordingly, IT IS ORDERED that Plaintiff has until April 18, 2023, to produce and object to producing documents as described in the Court's order requiring parties to exchange documents (ECF No. 91).

IT IS SO ORDERED.

Dated:   **April 12, 2023**                                      /s/ *Erica P. Grosjean*
                                                                 UNITED STATES MAGISTRATE JUDGE