UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>          Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>          Defendants. | Case No. 1:21-cv-00423-ADA-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 108) |

     Plaintiff Todd Ashker is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 5, 2023, Defendants moved for summary judgment based on Plaintiff's alleged failure to exhaust most of his claims. (ECF No. 105). The same day, Defendants moved to stay merits-based discovery pending resolution of their motion for summary judgment but indicated that they would respond to outstanding discovery relating to exhaustion. (ECF No. 107). Plaintiff has not yet responded to either motion.

     However, on May 26, 2023, Plaintiff filed a motion to extend the date to respond to Defendants' motion for summary judgment by at least 30 days, stating that he needs additional time to conduct legal research and receive relevant discovery from Defendants. (ECF No. 108). It is not clear precisely what discovery Plaintiff needs, but he states that he spoke with defense counsel and agreed to delay discovery not relevant to the motion for summary judgment, and Defendants agreed to provide him with discovery relevant to the motion. (*Id.* at 2). Plaintiff

1

represents that Defendants stipulated to him having a 30-day extension to file his opposition to their motion for summary judgment.

Based on the above, IT IS ORDERED as follows:

1. Plaintiff's motion for an extension of time to file his opposition to Defendants' motion for summary judgment (ECF No. 108) is granted. By no later than June 30, 2023, Plaintiff shall file his opposition to the motion for summary judgment.

2. As it is unclear whether Plaintiff opposes Defendants' motion to stay merits-based discovery (ECF No. 107), and the time to file any opposition having expired or expiring shortly, *see* Local Rule 230(l) (providing for response within 21 days of service of a motion), Plaintiff is directed to file an opposition, if any, to the motion to stay, by no later than June 15, 2023.

IT IS SO ORDERED.

Dated: **May 30, 2023**              /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

2