UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>                    Plaintiff,<br><br>         v.<br><br>C. PFEIFFER, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-00423-ADA-EPG (PC)<br><br>ORDER STAYING CASE AND REFERRING CASE TO SETTLEMENT CONFERENCE<br><br>(ECF No. 127) |

Plaintiff Todd Asher is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is before the Court on Defendants' status report, which states as follows:

> In compliance with the Court's January 30, 2023 order (ECF No. 99), the parties conferred about whether a settlement conference would be productive.
>
> Plaintiff and Defendants agree that a settlement conference would be productive and could be ready to participate in the near future. Defendants suggested, and Plaintiff agrees, that separate conversations with the settlement judge (before the conference), would be helpful, given the issues and history of this case.

(ECF No. 127).

In light of this information, the Court will refer the case to a settlement conference and stay the case, including holding pending motions in abeyance.

1

Accordingly, IT IS ORDERED as follows:

1. Within seven (7) days from the date of service of this order, defense counsel shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.
2. All other litigation, including briefing on the pending motion for summary judgment and motion to compel (ECF Nos. 105, 126), is stayed pending the outcome of the settlement conference.
3. Should the case not settle, no later than fourteen days after the settlement conference, each party shall file a statement regarding any further scheduling in this case, including a briefing schedule on the pending motion for summary judgment and motion to compel.

IT IS SO ORDERED.

Dated: **August 21, 2023**      /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE