# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>    Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00423-ADA-EPG (PC)<br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Todd Ashker, CDCR # C-58191, a necessary and material witness in a settlement conference in this case on **December 5, 2023**, is confined in Ironwood State Prison (ISP), in the custody of the Warden. To secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Nathanael Cousins, by Zoom video conference from his place of confinement, on **Tuesday, December 5, 2023 at 9:30 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum **IS ISSUED**, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference via Zoom video before Magistrate Judge Nathanael Cousins on **Tuesday, December 5, 2023 at 9:30 a.m.**, until completion of the settlement conference or as ordered by the Court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Ironwood State Prison at (760) 921-4307 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Lili Harrell, Courtroom Deputy, at nccrd@cand.uscourts.gov.

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, ISP, P. O. Box 2229, Blythe, California 92226:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Nathanael Cousins on **Tuesday, December 5, 2023 at 9:30 a.m.**, by Zoom video conference, until completion of the settlement conference or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __November 7, 2023__        /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE

