UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER,

          Plaintiff,

v.

PFEIFFER, and others,

          Defendants.

Case No. 21-cv-0423 ADA/EPG

**ORDER IN PREPARATION FOR SETTLEMENT CONFERENCE**

This case has been referred for a judicial settlement conference. The settlement conference has been set before Magistrate Judge Nathanael Cousins for December 5, 2023, at 9:30 a.m. by Zoom video meeting. The Court expects the conference to conclude by 1:00 p.m. The parties are ordered to lodge settlement conference briefs with Magistrate Judge Cousins by December 4, 2023. Defendants are ordered to email their conference statement in PDF format to ncpo@cand.uscourts.gov. Mr. Ashker, because he is incarcerated and self-represented, may lodge rather than email his statement. Mr. Ashker may mail his statement to: U.S. District Court Northern District of California, Chambers of Magistrate Judge Cousins, 280 S. First Street, San Jose, CA 95113.

Here is the information requested for the settlement conference statement, which must *not* be filed in ECF. It may be exchanged with the other parties. The statement must include:

(a) the identity of the attorney(s) and clients attending the settlement conference;

(b) a brief statement of the facts of the case;

(c) a brief statement of the claims and defenses raised, including statutory or other grounds upon which the claims are founded;

(d) a candid evaluation of the parties' likelihood of prevailing on the claims and defenses;

(e) a description of the major issues in dispute and any discrete issue that, if resolved, would facilitate the resolution of the case;

(f) a summary of the proceedings to date;

(g) a listing of all pending motions;

(h) the relief sought;

(i) the party's position on settlement, including present demands, offers, and a history of past settlement discussions.

No further materials should be submitted to the Court unless requested.

The settlement conference will be hosted in a Zoom video meeting. It is a confidential, non-public court proceeding. Defendants are asked to help provide Mr. Ashker access to a suitable, secure, and confidential location for the conference, with functioning communication tools to provide access to the conference.

Conference Zoom instructions:

**You will initially enter a "waiting room" and will be admitted into the meeting by court staff.**
https://cand-uscourts.zoomgov.com/j/1606510291?pwd=Wk5BeTU0YVZZZlJVcEl0YzRCWXlmZz09
Meeting ID: 160 651 0291
Password: 506365

Finally, Defendants are ordered to confirm by November 29 by email to ncpo@cand.uscourts.gov that the logistics for the settlement conference are set and that the parties are prepared to proceed.

**IT IS SO ORDERED.**

Dated: November 14, 2023                    _____
                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge