

**FILED**
NOV 20 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

United States District Court
Eastern District of California

| Todd Ashker | Case Number: 1:21-cv-00423-ADA-EPG |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| C. Pfeiffer, et al., | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Carole Joan Travis hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Todd Ashker

On June 25, 2013 (date), I was admitted to practice and presently in good standing in the Northern District of Illinois US District (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: November 16, 2023    Signature of Applicant: /s/ Carole Travis

**Pro Hac Vice Attorney**

Applicant's Name: Carole Joan Travis

Law Firm Name: Carole J. Travis, Esq.

Address: 105 Upper Grove Lane

City: Weaverville   State: NC   Zip: 28787

Phone Number w/Area Code: 312-925-5913

City and State of Residence: Weaverville, North Carolina

Primary E-mail Address: caroletravis@yahoo.com

Secondary E-mail Address: carole.travis@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dan Siegel

Law Firm Name: Siegel, Yee, Brunner & Mehta

Address: 475 E 14th Street   Suite 500

City: Oakland   State: CA   Zip: 94612

Phone Number w/Area Code: 510-839-1200   Bar #: 56400

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/20/23

JUDGE, U.S. DISTRICT COURT